**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **JMG Ventures, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   **DBA  Middleton Jewelers**

3. **Debtor's federal Employer Identification Number (EIN)**  
   **46-2088282**

4. **Debtor's address**

   **Principal place of business**  
   **6629 University Avenue**  
   **Suite 104**  
   **Middleton, WI 53562-3037**  
   Number, Street, City, State & ZIP Code

   **Dane**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **JMG Ventures, LLC**  Case number (*if known*) _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>_____ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |

Debtor **JMG Ventures, LLC** _____   Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____   When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **JMG Ventures, LLC**  Case number (*if known*)
Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **JMG Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2024**
MM / DD / YYYY

X **/s/ Manmeet Soin**                                        **Manmeet Soin**
Signature of authorized representative of debtor              Printed name

Title  **Sole & Managing Member**

**18. Signature of attorney**

X **/s/ Eliza M. Reyes**                                      Date **August 19, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Eliza M. Reyes**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue
Suite 850
Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**     Email address  **ereyes@randr.law**

**1030764 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **JMG Ventures, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amax Leasing Source**<br>3580 Wilshire Blvd.<br>Suite 160<br>Los Angeles, CA 90010 | | Trade Vendor | Disputed | Unknown | $0.00 | Unknown |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Credit card purchases | | | | $8,207.86 |
| **Associated Bank**<br>200 N Adams St<br>Green Bay, WI 54301 | | Bad check fees | | | | $27,000.00 |
| **Associated Bank**<br>200 N. Adams Street<br>Green Bay, WI 54307-9006 | | Credit card balance | | | | $28,000.00 |
| **Bluevine**<br>30 Montgomery St<br>Suite 1400<br>Jersey City, NJ 07302 | | Merchant cash advance | Disputed | $58,753.73 | $0.00 | $58,753.73 |
| **Everest Business Funding**<br>102 W 38th Street<br>6th Floor<br>New York, NY 10018 | | Merchant cash advance | | $30,000.00 | $0.00 | $30,000.00 |
| **Green Rocks Products, LLC**<br>2875 NE 191st Street #800<br>Miami, FL 33180 | | Trade Vendor | | | | $37,094.37 |
| **Kapitus**<br>120 West 45th Street<br>New York, NY 10036 | | Merchant cash advance | | $135,862.00 | $0.00 | $135,862.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **JMG Ventures, LLC**
<br>Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lightspeed Capital**<br>**450 Park Avenue South**<br>**New York, NY 10016** | | **Merchant cash advance** | | $15,126.99 | $0.00 | $15,126.99 |
| **Mercury Ring**<br>**425 Meadowlands Parkway**<br>**Secaucus, NJ 07094** | | **Trade Vendor** | | | | $30,618.94 |
| **Summit Credit Union**<br>**P. O. Box 8046**<br>**Madison, WI 53708-8046** | | **Debtor is Garnishee in Dane County Case No. 2023CV001740** | | | | $24,786.34 |
| **Transportation Alliance Bank Inc.**<br>**4185 Harrison Blvd. Suite 200**<br>**Ogden, UT 84403** | | **Merchant cash advance; consolidation loan** | | $150,000.00 | $0.00 | $150,000.00 |
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | **EIDL Loan** | | $500,000.00 | $0.00 | $500,000.00 |
| **Wisconsin Bank & Trust**<br>**10 Keystone Parkway**<br>**Platteville, WI 53818** | | **Money judgment from Dane County Case No. 2023CV001071.** | | $84,455.72 | $0.00 | $84,455.72 |
| **Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | | **Withholding 1st-4th quarter tax year 2023** | | | | $64,498.75 |
| **Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | | **Sales Tax Lien** | | $10,987.39 | $0.00 | $10,987.39 |
| **Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | | **Sales Tax Lien** | | $10,470.65 | $0.00 | $10,470.65 |

| Debtor | **JMG Ventures, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | | **Corporate taxes** | | | | $10,000.00 |
| **Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | | **Sales Tax Lien** | | $6,902.89 | $0.00 | $6,902.89 |

```
Amax Leasing Source
3580 Wilshire Blvd.
Suite 160
Los Angeles, CA 90010

American Express
PO Box 650448
Dallas, TX 75265-0448

Associated Bank
200 N. Adams Street
Green Bay, WI 54307-9006

Bluevine
30 Montgomery St
Suite 1400
Jersey City, NJ 07302

C T Corporation System
as Representative
330 N. Brand Blvd, Ste 700
Attn: SPRS
Glendale, CA 91203

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708

David J. Van Lieshout
Van Lieshout Law Office
122 E. Main St.
Little Chute, WI 54140-0186

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

Green Rocks Products, LLC
2875 NE 191st Street
#800
Miami, FL 33180

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Kapitus
120 West 45th Street
New York, NY 10036

Kimberly Sebranek
Laffey, Sebranek, Auby & Ristau, S.C.
16 N. Carroll Street
Suite 500
Madison, WI 53703

Lightspeed Capital
450 Park Avenue South
New York, NY 10016

Mercury Ring
425 Meadowlands Parkway
Secaucus, NJ 07094

Navitas Credit Corp
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Summit Credit Union
P. O. Box 8046
Madison, WI 53708-8046

Transportation Alliance Bank Inc.
4185 Harrison Blvd.
Suite 200
Ogden, UT 84403

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Wisconsin Bank & Trust
10 Keystone Parkway
Platteville, WI 53818

Wisconsin Bank & Trust
8240 Mineral Point Road
Madison, WI 53719

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

# United States Bankruptcy Court
## Western District of Wisconsin

In re **JMG Ventures, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JMG Ventures, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2024**
Date

**/s/ Eliza M. Reyes**
**Eliza M. Reyes**
Signature of Attorney or Litigant
Counsel for **JMG Ventures, LLC**
**RICHMAN & RICHMAN LLC**
**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
**608-630-8990 Fax:608-630-8991**
**ereyes@randr.law**