**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

In re:

JMG Ventures, LLC

Case No. 24-11650-beh
Chapter 11 (Subchapter V)

Debtor.

**DECLARATION OF MANMEET S. SOIN
IN SUPPORT OF CONFIRMATION OF DEBTOR'S THIRD AMENDED
PLAN OF REORGANIZATION DATED APRIL 3, 2026**

I, Manmeet S. Soin, hereby declare as follows:

1. I am the sole and managing member of JMG Ventures, LLC, the debtor herein ("**Debtor**" or "**JMG**").

2. JMG is the owner and operator of Middleton Jewelers ("**Middleton Jewelers**") in Middleton, Wisconsin.

3. I am knowledgeable and generally familiar with the Debtor's day-to-day operations, financial affairs, business affairs, and books and records.

4. I make this declaration in further support of the Third Amended Plan of Reorganization Dated April 3, 2026 ("**Third Amended Plan**") [Doc 214].

5. Unless otherwise stated, the facts set forth herein are based on my personal knowledge, upon records obtained by the Debtor in the ordinary course of business that I have reviewed, or upon information provided to me by the Debtor's attorneys or employees.

6. The amounts listed in Debtor's List of Owned Inventory as of March 2026, as filed with the Court as Debtor's Exhibit 102 on June 18, 2026 [Doc 232-3],

1

constitute the value of owned inventory, which is inventory owned outright by Middleton Jewelers ("**March Owned Inventory**"), as of the filing of the Third Amended Plan.

7.      Middleton Jewelers purchased each piece of jewelry inventory listed in the March Owned Inventory from a jewelry dealer at wholesale cost, and the value assigned to each such piece of jewelry inventory is the wholesale cost for each piece of jewelry inventory.

8.      The amounts listed in Debtor's List of Memo Inventory as of March 2026, filed with the Court as Debtor's Exhibit 103 on June 18, 2026 [Doc 232-4], constitute the value of memo inventory, which is inventory owned by vendors of Middelton Jewlers in a consignment arrangement ("**March Memo Inventory**"), as of the filing of the Third Amended Plan.

9.      The value assigned to each piece of jewelry inventory listed in the March Memo Inventory is the amount Middleton Jewelers is required to pay the vendor who consigned the piece if Middleton Jewelers sells the piece to a customer. This amount is also the wholesale cost of each such piece.

10.     The amounts listed in Debtor's List of Owned Inventory as of May 2026 filed with the Court as Debtor's Exhibit 104 on June 18, 2026 [Doc 232-5], constitute the value of owned inventory, which is inventory owned outright by Middleton Jewelers ("**May Owned Inventory**"), as of the filing of the Third Amended Plan.

11.     Similar to the March Owned Inventory, Middleton Jewelers purchased each piece of jewelry inventory listed in the May Owned Inventory from a jewelry

2

dealer at wholesale cost, and the value assigned to each such piece of jewelry inventory is the wholesale cost for each piece of jewelry inventory.

12.    The amounts listed in Debtor's List of Memo Inventory as of May 2026, filed with the Court as Debtor's Exhibit 105 on June 18, 2026 [Doc 232-6], constitute the value of memo inventory, which is inventory owned by vendors of Middelton Jewlers in a consignment arrangement ("**May Memo Inventory**"), as of the filing of the Third Amended Plan.

13.    Similar to the March Memo Inventory, the value assigned to each piece of jewelry inventory listed in the May Memo Inventory is the amount Middleton Jewelers is required to pay the vendor who consigned the piece if Middleton Jewelers sells the piece to a customer. This amount is also the wholesale cost of each such piece.

## Declaration

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of June, 2025.

Manmeet S. Soin (Jun 25, 2026 15:32:40 CDT)

Manmeet S. Soin

3